# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130098

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

CORTEZ SHISLER,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130098
COA: 256122
Wayne CC: 04-000837-01

On order of the Court, the application for leave to appeal the October 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

p0424

Clerk